UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TANDBERG TELECOM AS, <br><br> *Plaintiff*, <br><br> v. <br><br> AVISTAR COMMUNICATIONS CORPORATION, <br><br> *Defendant*. | Case No. 2:06-CV-0040-TJW |

## STIPULATION OF DISMISSAL, WITH PREJUDICE

The parties hereto, TANDBERG TELECOM AS ("Tandberg") and AVISTAR COMMUNICATIONS CORPORATION ("Avistar"), through their respective undersigned counsel, having amicably resolved their differences, hereby stipulate to a dismissal of all claims and counterclaims in this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Each party shall bear its own costs and attorneys' fees.

**Stipulated and Agreed:**

Dated: February 15, 2007

| **BROWN McCARROLL** | **POTTER MINTON** |
|---|---|
| | A Professional Corporation |

By:  */s/ Elizabeth L. DeRieux*  
    S. Calvin Capshaw, Lead Attorney  
    State Bar No. 03783900  
    Elizabeth L. DeRieux  
    State Bar No. 05770585  
    Andrew Spangler  
    State Bar No. 24041960  
    1127 Judson Road, Suite 220  
    PO Box 3999  
    Longview, TX 75601-5157  
    Telephone: 903.236.9800  
    Facsimile: 903.236.8787  
    Email:  ccapshaw@mailmbc.com  
             ederieux@mailmbc.com  
             aspangler@mailbmc.com

By:  */s/ John F. Bufe*  
    Michael E. Jones  
    State Bar No. 10929400  
    John F. Bufe  
    State Bar No. 03316930  
    Allen F. Gardner  
    State Bar No. 24043679  
    110 N. College Ave.  
    Suite 500 (75702)  
    P.O. Box 359  
    Tyler, Texas 75710  
    Telephone: 903.597.8311  
    Facsimile: 903.593.0846  
    Email:  mikejones@potterminton.com  
             johnbufe@potterminton.com  
             allengardner@potterminton.com

**COUNSEL FOR PLAINTIFF**  
**TANDBERG TELECOM AS**

**COUNSEL FOR DEFENDANT**  
**AVISTAR COMMUNICATIONS**  
**CORPORATION**

Richard D. Kelly  
Robert C. Mattson  
John F. Presper  
Michael Monaco  
David Schaumann  
Bradley Lytle  
OBLON, SPIVAK, McCLELLAND,  
    MAIER & NEUSTADT P.C.  
1940 Duke Street  
Alexandria, VA 22314  
Tel: 703.413.3000  
Fax: 703.413.2220  
rmattson@oblon.com  
rkelly@oblon.com  
jpresper@oblon.com  
mmonaco@oblon.com  
blytle@oblon.com  
dschaumann@oblon.com

George M. Newcombe  
Jeffrey E. Ostrow  
Harrison J. Frahn IV  
SIMPSON THACHER & BARTLETT, LLP  
2550 Hanover Street  
Palo Alto, CA 94304  
TEL:  (650) 251-5030  
FAX: (650) 251-5002  
gnewcombe@stblaw.com  
jostrow@stblaw.com  
hfrahn@stblaw.com

**OF COUNSEL FOR PLAINTIFF**  
**TANDBERG TELECOM AS**

**OF COUNSEL FOR DEFENDANT AND**  
**COUNTERCLAIMANT**  
**AVISTAR COMMUNICATIONS**  
**CORPORATION**

**CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this **STIPULATION OF DISMISSAL WITH PREJUDICE** was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile on this the <u>15th</u> day of February, 2007.

                                                */s/ John F. Bufe*
                                                John F. Bufe