UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TANDBERG TELECOM AS,<br><br>      *Plaintiff*,<br><br>v.<br><br>AVISTAR COMMUNICATIONS CORPORATION,<br><br>      *Defendant*. | Case No. 2:06-CV-0040-TJW |

## ORDER OF DISMISSAL, WITH PREJUDICE

The Stipulation of TANDBERG TELECOM AS and AVISTAR COMMUNICATIONS CORPORATION has been considered, and it is hereby ORDERED that all claims and defenses asserted in the above-captioned civil action are hereby **dismissed** with prejudice, with each side to bear its own costs and attorneys' fees.

SIGNED this 16th day of February, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

{A12\7531\0001\W0319915.1 }